In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-01-322 CR


NO. 09-01-323 CR


____________________



BRUCE DEWAYNE DIAL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause Nos. A-010258-R and A-010259-R






MEMORANDUM OPINION


 Bruce Dewayne Dial entered guilty pleas in Cause Nos. A-010258-R and A-010259-R to having committed the state jail felony offense of burglary of a building with intent to
commit theft. Tex. Pen. Code Ann. § 30.02 (a),(c)(1) (Vernon Supp. 2002). Dial
persisted in his guilty pleas after the trial court rejected the plea bargain agreements. The
trial court assessed punishment in each case at two years of confinement in a state jail
facility. 

 Appellate counsel filed a brief that concludes no arguable error is presented in these
appeals. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),
and High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On March 28, 2002, we
granted Dial an extension of time in which to file a pro se brief. We received no response
from the appellant. Because the appeals involve the application of well-settled principles
of law, we deliver this memorandum opinion. See Tex. R. App. P. 47.1.

 The appellant was duly admonished of the punishment range for the offenses and
the effect of his guilty pleas. Tex. Code Crim. Proc. Ann. art. 26.13 (Vernon 1989 &
Supp. 2002). Dial signed judicial confessions and admitted his guilt in open court. He
does not contest the voluntariness of his guilty pleas. 

 We have reviewed the clerk's records and the reporter's records, and find no
arguable error requiring us to order appointment of new counsel. See Stafford v.
State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The judgments are affirmed.

 AFFIRMED.

 PER CURIAM

Submitted on June 26, 2002

Opinion Delivered July 10, 2002

Do Not Publish

Before Walker, C.J., Burgess and Gaultney, JJ.